IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02488-DME-MJW

NEVILLE MANDERSON,

Plaintiff,

v.

FOREST OIL CORPORATION,

Defendant.

---

ORDER VACATING SETTLEMENT CONFERENCE
( Docket no. 20 )

---

The Court, having reviewed Plaintiff's Motion to Vacate a Settlement Conference scheduled for May 13, 2010 at 10:00 a.m. and, being apprised of its contents, hereby GRANTS the motion and vacates the settlement conference. (✗)

DATED: April 30, 2010

The Honorable Michael J. Watanabe

(✗) The parties may Request A settlement Conference be set by Filing A motion to set A settlement Conference.

MJW 4-30-10