IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02488-DME-MJW

NEVILLE MANDERSON,

    Plaintiff,

v.

FOREST OIL CORPORATION,

    Defendant.

---

ORDER ON UNOPPOSED MOTION FOR AMENDMENT OF SCHEDULING ORDER ( Docket No. 23 )

---

The Court, having reviewed Plaintiff's Unopposed Motion to Amend the Scheduling Order, and being apprised of its contents, hereby GRANTS the motion and Amends the Scheduling order as follows:

The deadline for serving expert disclosures is August 29, 2010.

The discovery cut-off is extended to October 31, 2010 for the purpose of deposition experts.

The dispositive motions deadline is extended to November 30, ~~2020~~ 2010

Dated: June 7, 2010

_____
The Honorable Magistrate Judge Michael J. Watanabe