IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02488-DME-MJW

NEVILLE MANDERSON,

Plaintiff,

v.

FOREST OIL CORPORATION,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Plaintiff's Amended Unopposed Motion to Amend Scheduling Order to Extend time for Serving All Expert Disclosures Pursuant to Fed. R. Civ. P. 26(a) **(Docket No. 33)** is **granted**. Accordingly, the deadline for the parties to serve expert disclosures is extended up to and including October 28, 2010; the deadline for the parties to depose experts is extended up to and including November 29, 2010; and the deadline for filing dispositive motions is extended up to and including December 29, 2010. The discovery deadline is not extended for any other purpose. It is further

**ORDERED** that the Plaintiff's Motion to Amend Scheduling Order to Extend Time for Serving Disclosures Pursuant to Fed. R. Civ. P. 26(a) of a Statistical Expert **(Docket No. 30)** is **denied as moot**.

Date: August 13, 2010