IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02488-DME-MJW

NEVILLE MANDERSON,

Plaintiff(s),

v.

FOREST OIL CORPORATION,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion for Stipulated Protective Order (docket no. 41) is GRANTED.  The written Stipulated Protective Order (docket no. 41-1) is APPROVED as amended in paragraph vi) on page 5 and paragraph xi) on page 6 and made an Order of Court.

Date:  September 9, 2010