IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02488-DME-MJW

NEVILLE MANDERSON,

Plaintiff,

v.

FOREST OIL CORPORATION,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that the two motions to withdraw motions to compel (Docket Nos. 57 and 58) are granted, and thus Docket Nos. 52 and 54 are withdrawn.

Date: November 12, 2010