IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02488-DME-MJW

NEVILLE MANDERSON,

Plaintiff,

v.

FOREST OIL CORPORATION,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Amended Motion to Vacate Hearing (Docket No. 73) is granted, and the motion hearing set for December 14, 2010, at 8:30 a.m., before Magistrate Judge Watanabe is VACATED.  It is further

**ORDERED** that the Joint Motion to Vacate Settlement Conference (Docket No. 71) is denied.  That motion was apparently filed in error and is a duplicate of a motion filed in April (see Docket No. 20).  It is further

**ORDERED** that the parties shall submit their written Stipulated Motion for Dismissal on or before January 7, 2011.

Date:  December 13, 2010