IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-CV-02488-DME-MJW

NEVILLE MANDERSON,

    Plaintiff,

v.

FOREST OIL CORPORATION,

    Defendant.

---

**ORDER**

---

The Court, having reviewed the parties' Joint Stipulation of Dismissal With Prejudice, and being apprised of its contents, hereby dismisses this action with prejudice and with each party paying its own costs and attorney's fees.

Dated:   January 20, 2011

BY THE COURT:

*s/ David M. Ebel*

_____
U.S. District Court Judge
District of Colorado